UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| NICHOLAS VAIL, on behalf of himself and all others similarly situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>SWIFT PORK COMPANY, )<br>d/b/a JBS USA )<br>)<br>Defendant. ) | Case No. 3:22-cv-00354-DJH |

## PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

Plaintiff Nicholas Vail, on behalf of himself and all others similarly situated, by and through his undersigned counsel, respectfully moves this Court for entry of an order that will allow for the implementation of the Settlement Agreement reached in this case by: (1) conditionally certifying the Class solely for purposes of settlement; (2) preliminarily approving the Settlement Agreement (attached hereto as **Exhibit 1**); (3) directing notice to the Class; (4) scheduling a Fairness Hearing for approval of the Settlement; and (5) appointing Class Counsel and Class Representative. In support of this Motion, Plaintiff relies on the attached memorandum of law and states as follows:

1.      This case was filed on July 11, 2022 by Plaintiff Nicholas Vail on behalf of a proposed class of his neighbors against Defendant Swift Pork Company (hereinafter, "Defendant"), alleging claims of private nuisance and private nuisance. [ECF No. 1]. Plaintiff later filed his Amended Complaint [ECF No. 28] on February 3, 2023, including the original nuisance claims and adding a negligent trespass claim.

1

2. Plaintiff alleges that Defendant's ownership and operation of its pork processing plant located at 1200 Story Avenue in Louisville, Kentucky (the "Facility") has caused noxious odors to invade the private residential properties of Plaintiff and the proposed class surrounding the Facility. [ECF No. 28, PageID. 171, ¶ 1].

3. In an effort to avoid the time, risk, and expense of further litigation, the Parties engaged in lengthy settlement discussions to determine whether a resolution of the case could be reached prior to a hearing on Plaintiff's Motion for Class Certification. To that end, the Parties agreed to participate in mediation with independent neutral Bill Baten. On June 27, 2024, the Parties participated in a full-day mediation session and although no settlement was reached at mediation, the Parties continued negotiation with the assistance of Mr. Baten and ultimately reached the terms of the settlement to resolve this litigation on April 11, 2025, subject to the Court's approval after notice to the settlement Class. (**Ex. 2,** ¶¶ 15, 17).[1]

4. Based on their investigation and evaluation of the facts and law relating to the matters alleged in this litigation, Plaintiff (on behalf of himself and the proposed Class) and Class Counsel have agreed to settle the lawsuit pursuant to the terms of the Settlement Agreement. (**Ex. 2,** ¶ 30).

5. The terms of the proposed settlement are fully set forth in the Settlement Agreement. (**Ex. 1**). Defendant has agreed to pay $500,000 in direct monetary relief to be allocated pursuant to the procedures outlined in the Settlement Agreement in addition to $430,000 in Facility Improvement Measures. (**Ex. 1**, §§ 5, 7).

---

[1] The Declaration of Laura L. Sheets is attached hereto and will be referenced throughout as "Ex. 2".

6. The Parties have agreed to a Class, for settlement purposes only, consisting of the following:

**All owner/occupants and renters of residential property residing within one mile of the Facility's property boundary at any time from July 11, 2020, to the present.**

This area is depicted in the Class Area Map attached as **Exhibit 1-A**.

7. As part of the proposed Settlement Agreement, the Parties have agreed to the appointment of Steven Liddle, Laura Sheets, and Reed Solt of Liddle Sheets PC and Matthew White of Gray & White as Class Counsel and appointment of Nicholas Vail as the Class Representative. (**Ex. 1,** § 2(f)).

8. The proposed Settlement Agreement was achieved in good faith and without any undue influence. Each side has zealously represented its interests. (**Ex. 2,** ¶¶ 17-20).

9. The proposed Settlement Agreement was achieved by counsel experienced in similar litigation. (**Ex. 2,** §§ 4-13).

10. To effectuate the settlement, the Parties respectfully request that the Court enter an Order:

  a. Conditionally certifying this case as a class action for settlement purposes only pursuant to Federal Rule of Civil Procedure 23;

  b. Defining the Class as described herein;

  c. Appointing Steven D. Liddle, Laura L. Sheets, D. Reed Solt, and Matthew White as Class Counsel;

  d. Appointing Plaintiff Nicholas Vail as Class Representative;

    e. Approving the Class Notice attached as **Exhibit 1-C** and the manner of providing the Class notice by first class mail as being compliant with Federal Rule of Civil Procedure 23(e);

    f. Approving the Claim Form Attached as **Exhibit 1-E** which will be disseminated via first class mail to the Class along with the Class Notice;

    g. Preliminarily approving the Settlement Agreement as fair, reasonable, and adequate; and

    h. Scheduling a notice date by which delivery of the Class Notice must commence, an objection deadline by which Class Members may submit objections to the Settlement, an Opt-Out deadline by which Class Members may exclude themselves from the Settlement, and a Fairness Hearing to hear any objections from Settlement Class Members and to consider final approval of the proposed Settlement.

11. A proposed Preliminary Approval Order is attached hereto as **Exhibit 1-D**.

WHEREFORE Plaintiff, on behalf of himself and the proposed Class, respectfully requests that the Court grant this Motion and enter the proposed Preliminary Approval Order (**Exhibit 1-D**).

Dated: August 11, 2025                               Respectfully Submitted,

                                                         */s/ D. Reed Solt*
                                                         Steven D. Liddle*
                                                         Laura L. Sheets*
                                                         D. Reed Solt*
                                                         *Admitted Pro Hac Vice
                                                         **LIDDLE SHEETS P.C.**
                                                         975 E. Jefferson Avenue
                                                         Detroit, Michigan 48207-3101
                                                         Tel: (313) 392-0015
                                                         Fax: (313) 392-0025

sliddle@lsccounsel.com
lsheets@lsccounsel.com
rsolt@lsccounsel.com

Matthew White
**GRAY & WHITE**
2301 River Road, #300
Louisville, KY 40206
502-805-1800
www.grayandwhitelaw.com
mwhite@grayandwhitelaw.com

*Attorneys for Plaintiff and the Class*

5