UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

NICHOLAS VAIL,     Plaintiff,

v.     Civil Action No. 3:22-cv-354-DJH-RSE

SWIFT PORK COMPANY,     Defendant.

\* \* \* \* \*

**MEMORANDUM OF HEARING AND ORDER**

A preliminary fairness hearing was held in this matter on November 5, 2025, with the following counsel participating:

| | |
|---|---|
| For Plaintiff: | Laura L. Sheets |
| For Defendant: | H. Max Kelln |
| | Kathryn A. Eckert |
| | Amani Khoury |

The Court heard oral argument on Plaintiff Nicholas Vail's unopposed motion for preliminary approval of the proposed class-action settlement in this matter.  (*See* Docket No. 108)  The Court informed counsel that preliminary approval is likely to be granted.  At the conclusion of the hearing, the Court took the matter under advisement.  The motion for preliminary approval now stands submitted.  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the stay previously imposed in this matter (D.N. 95; D.N. 97; D.N. 100; D.N. 104) is **LIFTED**.

November 5, 2025

David J. Hale, Judge
United States District Court

Court Time: 00/25
Court Reporter: Dena Legg

1